UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY M. TOWNES, D57262,<br><br>    Plaintiff,<br><br>    v.<br><br>RON BROOMFIELD, Warden, et al.,<br><br>    Defendant(s). | Case No. 21-cv-01630-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On November 16, 2021, the court dismissed plaintiff's operative First Amended Complaint with leave to amend to provide plaintiff one final opportunity to cure the deficiencies indicated in the court's orders "within 28 days." ECF No. 10 at 3. The court warned plaintiff that "[f]ailure to file a proper [Second Amended Complaint] within the designated time will result in the dismissal of this action." Id. at 4.

More than 50 days have passed since November 16, 2021 and plaintiff has neither filed a Second Amended Complaint nor sought an extension of time to do so. The action accordingly is DISMISSED.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: January 10, 2022

_____
CHARLES R. BREYER
United States District Judge